IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

DEC 2 8 2012

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Michael Everett Harris              *

23 Key Largo

Aliso Viejo, CA  92656-6009         *
*(Full name and address of the plaintiff)*
**Plaintiff(s)**

                      vs.
United States                        *    Civil No.: RWT 12 CV 3807
Judge Peter J. Messitte                   *(Leave blank. To be filled in by Court.)*

6500 Cherrywood Lane                 *

Greenbelt, MD  20770

Attorney General Eric Holder, Jr.    *

950 Pennsylvania Avenue, NW
*(Full name and address of the defendant(s))*
           **Defendant(s)**          *
Washington, DC  20530-0001        ******

## COMPLAINT

1.  Jurisdiction in this case is based on:

    [X]   Diversity (none of the defendants are residents of the state where plaintiff is a resident)

    [X]   Federal question (suit is based upon a federal statute or provision of the United States Constitution)

    [ ]   Other (explain) _____
          _____
          _____

Complaint (Rev. 12/2000)                    1

2. The facts of this case are:

This civil action is a prima facie case, on the merits. See attached letter, Received SEP 11 2012, Office of the Clerk, Supreme Court, U.S., and SEP 11, 2012 cover letter. See attached, Supreme Court, U.S. docket for 98-6245. Plaintiff is entitled to relief for claims, as a matter of law. This court has original jurisdiction. The cause of action arises under 28 U.S.C. Section 1331, 28 U.S.C. 1332 (a)(1)(b), Title 42 U.S.C. Section 1983 of the Civil Rights Act of 1871, 28 U.S.C. Section 1343 (a)(1)(2)(3), and the Fourteenth Amendment. Defendant(s) are named in their personal capacity, and in their professional capacity. Defendant(s) is/are person(s) who subjected the plaintiff to conduct that occurred "under color of state law", and this conduct deprived the plaintiff of rights, privileges, and immunities guaranteed under federal law and under the Constitution. Defendant(s) evil conduct is/was reckless, and callously indifferent to the federally protected rights, of the plaintiff. Defendant(s) intentional actions have violated clearly established statutory and constituatory rights of which a reasonable

(...continued/attachment page 4)

3. The relief I want the court to order is:

[X] Damages in the amount of: $159,000,000.00

[ ] An injunction ordering: _____

[ ] Other (explain) _____

December 17, 2012
(Date)

*Michael E. Harris*
(Signature)

Michael E. Harris

23 Key Largo

Aliso Viejo, CA 92656-6009

(949) 916-5166 and (210) 545-3369
(Printed name, address and phone number of Plaintiff)

I don't have a fax number to include.

**Privacy Rules and Judicial Conference Privacy Policy**

Under the E-Government Act and Judicial Conference policy, any paper filed with the court should not contain an individual's social security number, full birth date, or home address; the full name of person known to be a minor; or a complete financial account number. These rules address the privacy concerns resulting from public access to electronic case files.

(attachment page 4)

2. The facts of this case are:

(continued...) person(s) would have known. See attached No. 98-6245 The Supreme Court, U.S., October Term, 1997, Michael E. Harris-Petitioner VS. Board of Education of Prince George's County-Respondent(s), Received Hand Delivered SEP 14 1998 and SEP 24 1998, Office of the Clerk. As a direct and proximate cause, the plaintiff has been harmed, injured, and tortured, with mental pain and anguish, physical pain and suffering, emotional distress, lost earnings, and medical expenses, by defendant(s), on or about January 17, 1996 to current date. The federal law was designed and is clearly intended to benefit the plaintiff, resulting in the creation of federal rights. WHEREFORE, Plaintiff prays for and demands relief. Plaintiff demands a trial by jury, on all issues of this complaint, on the merits. Plaintiff requests a court-appointed attorney, pursuant to Title 42 U.S.C. Section 2000e-5 Rule 53 Masters (a)(1)(B)(i)(ii), and requests attorney's fees and related expenses. Plaintiff requests this prima facie case "...be in every way expedited." (Pet. App.
(...continued/attachment page 5)

(attachment page 5)

2. The facts of this case are:

(continued...) page 8), due to extraordinary circumstances, and exceptional condition. Plaintiff asks the Court to grant such relief as may be appropriate, including but not limited to:

special damages $15,000,000.00

compensatory damages $10,000,000.00

general damages $12,000,000.00

punitive damages $20,000,000.00

permanent damages $25,000,000.00

future damages $15,000,000.00

aggravated damages $17,000,000.00

presumptive damages $15,000.000.00

nominal damages $14,000,000.00

actual damages $16,000,000.00

Damages in the amount of $159,000,000.00

Plaintiff is a resident of Orange County, State of California. Defendant(s) reside(s) or does business at the following location: Greenbelt, Maryland and Washington, DC